AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

**Alexander Alcantara-Fidelis**

## CRIMINAL COMPLAINT

CASE NUMBER: 04-M00053-LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 4, 2002__ in __Middlesex__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

did willfully, knowingly, and with intent to deceive, use a Social Security account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by the Defendant and other persons on the Defendant's behalf, to apply for and to obtain a Massachusetts driver's license

in violation of Title __42__, United States Code, Section(s) __408(a)(7)(A)__ ;

I further state that I am a(n) __Special Agent, Social Security Administration__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Vance Ely
Special Agent, Social Security Administration
United States Department of the Treasury

Sworn to before me and subscribed in my presence,

August 31, 2004       at    Boston, Massachusetts
Date                         City and State

Lawrence P. Cohen, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

<u>AFFIDAVIT</u>

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1. I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of Social Security fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2. SSA is an agency within the Executive Branch of the United States government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. 301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging Alexander Alcantara-Fidelis with social security account number fraud in violation of 42 U.S.C. Section 408(a)(7)(A)[1].

---

[1] 42 U.S.C. §408(a)(7)(A) reads in pertinent part: Whoever- ...for the purpose of obtaining anything of value from any person, or for any other purpose- (A) willfully, knowingly, and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security (in the

2

5. Alexander Alcantara-Fidelis is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, the Defendant is not present legally in the United States.

6. As an alien illegally present in the United States, the Defendant is not entitled to receive a Social Security Account number card.

7. On August 7, 2001, Defendant applied for a social security account number card. Defendant falsely represented on the application, known as an SS-5, that he was a legal alien allowed to work, knowing that, in truth and in fact, Defendant was not a legal alien allowed to work. [2]

8. As a result of providing false information, Defendant received social security account number 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.

---

exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person [shall be guilty of a crime.]

[2]Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, Jesse Rocha pled guilty to conspiracy to commit fraud in connection with identifcation documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April of 2000 until December of 2002. See Ind. 02-10405-GAO.

3

9. The Massachusetts Registry of Motor Vehicles ("RMV") requires that an individual applying for a driver's license present proof of identification such as a valid social security account number.

10. On March 4, 2002, Alexander Alcantara-Fidelis applied for a Massachusetts driver's license. On the application, Alexander Alcantara-Fidelis used the SSN he fraudulently obtained by providing the SSN to the RMV. As a result, a Massachusetts driver's license was issued to Alexander Alcantara-Fidelis.

11. Based upon the foregoing information, I believe there is probable cause to believe that on March 4, 2002, Alexander Alcantara-Fidelis did willfully, knowingly, and with intent to deceive, use a Social Security account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by the Defendant and other persons on the Defendant's behalf, to apply for and to obtain a Massachusetts driver's license in violation of Title 42, United States Code, Section 408(a)(7)(A).

_____
Vance Ely
Special Agent
United States Social Security Administration
Office of Inspector General

4

Subscribed and sworn to before me this thirty-first day of August 31, 2004

                                                          _____
                                                          LAWRENCE P. COHEN
                                                          UNITED STATES MAGISTRATE JUDGE

5

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** SOC. SEC., BICE

**City** Framingham      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant  X
Magistrate Judge Case Number  04-M00053-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Alexander Alcantara-Fidelis      Juvenile ☐ Yes  ☒ No

Alias Name _____

Address  260 Main Street, #1, Hudson, MA

Birth date: 1977   SS#: *** ** 2555   Sex: M   Race: Portuguese   Nationality: Brazilian

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  William H. Connolly      Bar Number if applicable _____

Interpreter: ☒ Yes  ☐ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:** August 31, 2004

☒ Already in Federal Custody as  detainee  in  BICE custody
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Alexander Alcantara-Fidelis

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  42 U.S.C. § 408(a)(7)(A) | Soc. Sec. Account Number Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:   ATF

js 45.wpd - 3/13/02