# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

**IN THE CASE OF**

US v.s. Fidelis

FOR

AT

LOCATION NUMBER ▶

**PERSON REPRESENTED** (Show your full name) ▶

Alexander Fidelis

| 1 | ☒ Defendant—Adult |
| 2 | ☐ Defendant - Juvenile |
| 3 | ☐ Appellant |
| 4 | ☐ Probation Violator |
| 5 | ☐ Parole Violator |
| 6 | ☐ Habeas Petitioner |
| 7 | ☐ 2255 Petitioner |
| 8 | ☐ Material Witness |
| 9 | ☐ Other |

**DOCKET NUMBERS**

Magistrate 04-53

District Court ▶

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

---

**ASSETS**

**EMPLOYMENT**

Are you now employed?  ☒ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: Lm Landascarping.  Hudson

IF YES, how much do you earn per month? $ 1,000.00

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☒ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ _____    SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 9,500.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

VALUE _____    DESCRIPTION _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Pay |
|---|---|---|---|
| Apartment | | $ — | $ 350 |
| Utilities | | $ — | $ 75 |
| Telephone | | $ — | $ 100 |
| Food, clothing | | $ — | $ 300 |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 08-31-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Alexander Alcantar Fidelis